**DISMISS and Opinion Filed August 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00646-CR**

**FERNANDO ALEXANDER ESTALA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81360-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Nowell
Opinion by Chief Justice Burns

Fernando Alexander Estala notified his appointed counsel in writing that he no longer wished to pursue his appeal. His attorney filed a motion for a voluntary dismissal of the appeal, attaching appellant's hand-written letter. The two documents combined are sufficient to meet the requirements of rule 42.2. . TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220646F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

FERNANDO ALEXANDER
ESTALA, Appellant

No. 05-22-00646-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 416-81360-
2022.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered August 25, 2022